# SIMMONS, JANNACE & STAGG, L.L.P.

ATTORNEYS AT LAW
75 JACKSON AVENUE
SYOSSET, NEW YORK 11791-3139
(516) 357-8100
FAX (516) 357-8111

700 CANAL STREET
STAMFORD, CONNECTICUT 06902

KEVIN P. SIMMONS
STEVEN D. JANNACE
THOMAS E. STAGG*◊
DEBRA LYNNE WABNIK*
DANIEL P. GREGORY*
ANDREW KAZIN
SAL F. DELUCA∆

JASON W. CREECH
JACQUELINE DELLA CHIESA
GEORGE C. FONTANA
MICHAEL D. KERN∆
ALLISON C. LEIBOWITZ
ADAM M. LEVY
HALEY E. OLAM∆
MARVIN N. ROMERO*
MICHELLE E. TARSON*
SHAWN TOCK
PAUL J. WINTERSTEIN◊

COUNSEL

SUSAN B. JANNACE
ROSS M. CHINITZ∆
KRISTEN RENZULLI*

*ALSO ADMITTED NJ
∆ALSO ADMITTED CT
◊ALSO ADMITTED DC

December 12, 2008

VIA ECF

The Honorable A. Kathleen Tomlinson
United States District Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    Kevin Hughes and Allison Hughes v. Bank of America, N.A.
               successor by merger to Fleet National Bank; Trans Union, LLC
               and NCO Financial
               Docket No.: CV 08 0883   Bianco, J./Tomlinson, M.J.

Dear Magistrate Tomlinson:

      We represent Bank of America in this action. Counsel for plaintiffs Kevin Hughes and Allison Hughes and counsel for defendant Bank of America jointly request that the deadline for the parties to respond to first requests for production of documents and first requests for interrogatories be extended 30 days from January 12, 2008 to February 11, 2008. The parties are attempting to avoid the cost of formally responding to interrogatories and document demands and exploring the possibility of an amicable resolution. Thus, additional time is needed for the parties to exchange documents informally and then to meet to discuss possible resolution of the case. There have been no previous requests for extensions of this deadline.

                                    Respectfully submitted,

                                    /s/ Thomas E. Stagg

                                    Thomas E. Stagg (ts-0663)

JWC\js

The Honorable A. Kathleen Tomlinson
United States District Court
Eastern District of New York
December 12, 2008
Page 2

cc:     Joseph Mauro, Esq.
        The Law Office of Joseph Mauro, LLC
        306 McCall Avenue
        West Islip, New York 11795
        VIA ECF