## SIMMONS, JANNACE & STAGG, L.L.P.

Kevin P. Simmons
Steven D. Jannace
Thomas E. Stagg*◊
Debra Lynne Wabnik*
Daniel P. Gregory*
Andrew Kazin
Sal F. DeLuca∆

Jonathan M. Bernstein*
Jason W. Creech
Jacqueline Della Chiesa
George C. Fontana
Michael D. Kern∆
Allison C. Leibowitz
Adam M. Levy
Haley E. Olam∆
Marvin N. Romero*
Michelle E. Tarson*
Shawn Tock
Melissa M. Ventura*
Paul J. Winterstein◊

Attorneys at Law
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100
Fax (516) 357-8111

700 Canal Street
Stamford, Connecticut 06902

Counsel

Susan B. Jannace
Ross M. Chinitz∆
Kristen Renzulli*

*Also Admitted NJ
∆Also Admitted CT
◊Also Admitted DC

February 23, 2009

**VIA ECF AND FACSIMILE**
The Honorable A. Kathleen Tomlinson
United States District Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

    Re:    Kevin Hughes and Allison Hughes v. Bank of America, N.A.
            successor by merger to Fleet National Bank; Trans Union, LLC
            and NCO Financial
            Docket No.: CV 08 0883   Bianco, J./Tomlinson, M.J.

Dear Magistrate Tomlinson:

       We represent Bank of America in this action.  Counsel for plaintiffs Kevin Hughes and Allison Hughes and counsel for defendant Bank of America jointly request that the deadline for the parties to respond to first requests for production of documents and first requests for interrogatories originally due January 12, 2009 be extended 4 days from February 23, 2009 to February 27, 2009.  The parties have been exploring the possibility of an amicable resolution and have exchanged documents informally, but require additional time to prepare their formal responses to interrogatories and document demands.  The parties previously requested a 30 day extension of this deadline and a 12 day extension.  Both requests were granted.

                                     Respectfully submitted,

                                     /s/ Thomas E. Stagg

                                   Thomas E. Stagg (ts-0663)

The Honorable A. Kathleen Tomlinson
United States District Magistrate Judge
Eastern District of New York
February 23, 2009
Page 2


JWC\js

cc:    Joseph Mauro, Esq.
       The Law Office of Joseph Mauro, LLC
       306 McCall Avenue
       West Islip, New York 11795
       <u>VIA ECF AND FACSIMILE</u>