The Law office of Joseph Mauro, LLC  (631) 669-0921
306 McCall Ave.  (631) 669-5071 fax
west islip, NY  11795

March 17, 2009

**Honorable Joseph F. Bianco**
**Alphonse M. D'Amato Federal Courthouse**
**100 Federal Plaza**
**Central Islip, NY 11722**

**RE: Hughes v. Bank of America**
**08 CV -883**

Honorable Judge Bianco,

On February 26, 2009, Plaintiff filed a request for a pre-motion conference related to Plaintiffs' desire to file an Amended Complaint in the above matter. In Plaintiffs' February 26, 2009 letter to your Honor, I indicated that I had just previously presented the proposed Amended Complaint to the defense counsel seeking their consent to file such. I also indicated that the Defendant had presumably not had a full opportunity to review the Complaint at that point.

I am writing now to update the Court that I have still not gained the consent of the Defendant to file the Amended Complaint. Indeed counsel for Defendant Bank of America has indicated to me that they oppose certain claims appearing in the proposed Amended Complaint.  As such, it appears that Plaintiff will in fact need to move to file the Amended Complaint, and Plaintiff requests a pre-motion conference related to such.

Sincerely,

Joseph Mauro

CC: Thomas Stagg, Esq. (via ECF)
    Jason Creech, Esq.  (via ECF)