# SIMMONS, JANNACE & STAGG, L.L.P.

ATTORNEYS AT LAW
75 JACKSON AVENUE
SYOSSET, NEW YORK 11791-3139
(516) 357-8100
FAX (516) 357-8112

700 CANAL STREET
STAMFORD, CONNECTICUT 06902

KEVIN P. SIMMONS
STEVEN D. JANNACE
THOMAS E. STAGG*◊
DEBRA LYNNE WABNIK*
DANIEL P. GREGORY*
ANDREW KAZIN
SAL F. DELUCAΔ

JONATHAN M. BERNSTEIN*
JASON W. CREECH
JACQUELINE DELLA CHIESA
GEORGE C. FONTANA
MICHAEL D. KERNΔ
ALLISON C. LEIBOWITZ
ADAM M. LEVY
HALEY E. OLAMΔ
MARVIN N. ROMERO*
MICHELLE E. TARSON*
SHAWN TOCK
MELISSA M. VENTURA*
PAUL J. WINTERSTEIN◊

COUNSEL

SUSAN B. JANNACE
ROSS M. CHINITZΔ
KRISTEN RENZULLI*

*ALSO ADMITTED NJ
ΔALSO ADMITTED CT
◊ALSO ADMITTED DC

March 20, 2009

**VIA ECF and Facsimile**

The Honorable A. Kathleen Tomlinson
United States District Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

   Re: Kevin Hughes and Allison Hughes v. Bank of America, N.A.
     successor by merger to Fleet National Bank; Trans Union, LLC
     and NCO Financial
     Docket No.: CV 08 0883   Bianco, J./Tomlinson, M.J.

Dear Magistrate Judge Tomlinson:

  We represent Bank of America N.A. ("Bank of America") in this matter. This letter follows up on our March 19, 2009 letter advising the Court of the parties' progress with discovery and requesting that plaintiffs' motions to compel be held in abeyance pending the March 23, 2009 conference.

  Bank of America requested plaintiffs' consent to the motions being held in abeyance on March 19th. Plaintiffs' counsel refused to advise whether plaintiffs consented claiming that he was not sure whether he had authority to consent. Bank of America's response to plaintiffs' motion to compel relating to their document requests is currently due today. Although Your Honor denied plaintiffs' motion to compel relating to their interrogatories, plaintiffs will likely

The Honorable A. Kathleen Tomlinson
United States District Magistrate Judge
United States District Court: EDNY
March 20, 2009
Page 2

refile prior to the March 23rd conference. No previous requests that plaintiffs' motions be held in abeyance have been submitted.

                                        Respectfully Submitted,

                                        <u>/s/Thomas E. Stagg</u>

                                        Thomas E. Stagg (ts-0662)

cc: Joseph Mauro, Esq. (via ECF and Facsimile)
    The Law Office of Joseph Mauro, LLC
    306 McCall Avenue
    West Islip, New York 11795