## SIMMONS, JANNACE & STAGG, L.L.P.

ATTORNEYS AT LAW
75 JACKSON AVENUE
SYOSSET, NEW YORK 11791-3139
(516) 357-8100
FAX (516) 357-8111

700 CANAL STREET
STAMFORD, CONNECTICUT 06902

KEVIN P. SIMMONS
STEVEN D. JANNACE
THOMAS E. STAGG*◊
DEBRA LYNNE WABNIK*
DANIEL P. GREGORY*
ANDREW KAZIN
SAL F. DELUCAΔ

JONATHAN M. BERNSTEIN*
JASON W. CREECH
JACQUELINE DELLA CHIESA
NICHOLAS N. DI SALVO
GEORGE C. FONTANA, JR.
MICHAEL D. KERNΔ
ALLISON C. LEIBOWITZ
ADAM M. LEVY
HALEY E. OLAMΔ
MARVIN N. ROMERO*
MICHELLE E. TARSON*
SHAWN TOCK
MELISSA M. VENTURA*
PAUL J. WINTERSTEIN◊

COUNSEL

SUSAN B. JANNACE
ROSS M. CHINITZΔ
KRISTEN RENZULLI*

*ALSO ADMITTED NJ
ΔALSO ADMITTED CT
◊ALSO ADMITTED DC

April 17, 2009

**VIA ECF AND FACSIMILE**

The Honorable A. Kathleen Tomlinson
United States District Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    Kevin Hughes and Allison Hughes v. Bank of America, N.A.
            Docket No.: CV 08 0883   Bianco, J./Tomlinson, M.J.

Dear Magistrate Tomlinson:

    We represent Bank of America in this action. We respectfully request that the stay requested by plaintiffs, if granted, apply to all discovery in this action. Additionally, regardless of whether the stay is granted, Bank of America requests that its time to respond to plaintiffs' 108 paragraph Request for Admissions, originally due April 20, 2009, be extended three weeks. Bank of America would like to have meaningful discussions with plaintiffs regarding its objections and attempt to resolve disputes prior to serving its response. Because plaintiffs' recently retained counsel is currently unfamiliar with the case and their Requests for Admissions are voluminous, Bank of America requires additional time to respond. Plaintiffs did not consent to this request on the grounds that the responses may help their new attorneys familiarize themselves with the facts and issues in the case. Bank of America has not previously requested an extension of this deadline.

                            Respectfully submitted,

                            /s/ Thomas E. Stagg

                            Thomas E. Stagg (ts-0663)

The Honorable A. Kathleen Tomlinson
United States District Magistrate Judge
Eastern District of New York
April 17, 2009
Page 2


cc:     Fishman & Neil, LLP
        305 Broadway, Suite 900
        New York, New York 10007-1187
        <u>VIA ECF AND FACSIMILE</u>