UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X

KEVIN HUGHES, et al.,

    Plaintiff,

        – against –

BANK OF AMERICA, et al.,

    Defendant.

-----------------------------------------------X

ORDER
08-CV-883 (JFB) (AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 21 2009 ★
LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

    For the reasons set forth on the record during the conference held before the Court on July 21, 2009,

    IT IS HEREBY ORDERED that plaintiffs' motion to amend the complaint is granted in its entirety.

    IT IS FURTHER ORDERED that the current scheduling order mandating the completion of discovery and expert reports by August 17, 2009 is stayed and the discovery deadline is extended to December 21, 2009. The parties are directed to confer and submit a proposed new case management and scheduling order to Magistrate Judge Tomlinson by July 31, 2009. Discovery shall then be conducted in accordance with the Order subsequently issued by Magistrate Judge Tomlinson.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    July 21, 2009
             Central Islip, New York